# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CR218-004 |
| | ) | |
| **GARY A. GOSS, JR.** | ) | |

## NOTICE OF FINAL FORFEITURE

On May 1, 2018, this Court entered a Consent Order of Forfeiture. *See* Dkt. No. 92. From May 4, 2018 to June 2, 2018, the United States published via www.forfeiture.gov notice of the Court's order and of the government's intention to dispose of one (1) DPMS AR-15 .223 caliber rifle bearing serial number FFH148600 (hereinafter, the "Subject Property") according to law. *See* Dkt. No. 96. Said notice further notified all third parties of the right to petition the Court within 60 days for a hearing to adjudicate the validity of any alleged legal interest in the Subject Property. *Id.* It appears from the record that no petition contesting forfeiture was filed within the time permitted by 21 U.S.C. § 853(n)(2).

Accordingly, **NOTICE IS HEREBY GIVEN** that, pursuant to Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, the Order of Forfeiture has become final as to all persons by operation of law. All right, title, and interest in the Subject Property, whether real, personal, or mixed, has been forfeited to the United States for disposition according to law.

- 2 -

This 25th day of September, 2018.

                                          BOBBY L. CHRISTINE
                                          UNITED STATES ATTORNEY

                                          ***/s/ Xavier A. Cunningham***

                                          Xavier A. Cunningham
                                          Assistant United States Attorney
                                          New York Bar No. 5269477

P.O. Box 8970
Savannah, Georgia 31412
(912) 652-4422

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance with the Notice of Electronic Filing that was generated as a result of electronic filing in this Court.

This 25th day of September, 2018.

*/s/ Xavier A. Cunningham*
_____
Xavier A. Cunningham
Assistant United States Attorney